Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–25736–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Goula
5 Willow Court
Manahawkin, NJ 08050

Social Security No.:
xxx–xx–8026

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 3, 2019.

On January 23, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    February 26, 2020
Time:                     10:00 AM
Location:               Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 24, 2020
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-25736-MBK
Michael Goula                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jan 24, 2020
                             Form ID: 185          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Michael Goula,   5 Willow Court,   Manahawkin, NJ 08050-7801
aty            +Shapiro & DeNardo LLC,   14000 Commerce Parkway,   Suite B,   Mt. Laurel, NJ 08054-2242
lm            ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
                Federick, MD  21701)
517687810      +Allied Collection Services,   9301 Oakdale Avenue,   Suite 205,   Chatsworth, CA 91311-6547
517687812      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
517687813      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517687814      +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
517687815      +Dawn Goula,   5 Willow Court,   Manahawkin, NJ 08050-7801
517687817      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517687818      +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
518001980      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518001981      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517687819      +Sure Recovery Services,   PO Box 3204,   Toms River, NJ 08756-3204
518209768      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517742315      +U.S. Bank National Association, as Indenture,   C/O Wells Fargo Bank, N.A.,
                Attention Payment Processing,   MAC# X2302-04C,   1 Home Campus,   Des Moines, Iowa 50328-0001
517746040       US Bank NA,   Wells Fargo Bank, N.A.,   1000 Blue Gentian Road,   Eagan MN 55121-7700
517687820      +Wells Fargo Home Mor,   Attn: Bankruptcy Department,   8480 Stagecoach Cir.,
                Frederick, MD 21701-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517687811      +E-mail/Text: ally@ebn.phinsolutions.com Jan 25 2020 00:50:47     Ally Financial,
                Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
517716609       E-mail/Text: ally@ebn.phinsolutions.com Jan 25 2020 00:50:47     Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
517687816      +E-mail/Text: cio.bncmail@irs.gov Jan 25 2020 00:52:41     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517698839       E-mail/Text: bnc-quantum@quantum3group.com Jan 25 2020 00:53:06
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                        TOTAL: 6


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Jan 24, 2020
                             Form ID: 185            Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Michael  Goula aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1
           cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-AR1
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Indenture
           Trustee for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1
           kralex@logs.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-AR1
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7