Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–25736–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Goula
   5 Willow Court
   Manahawkin, NJ 08050

Social Security No.:
   xxx–xx–8026

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/22/23 at 09:00 AM

to consider and act upon the following:

*111* – Creditor's Certification of Default (related document:94 Consent Order) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 01/26/2023. (Attachments: # 1 Certification # 2 Exhibit Consent Order Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 1/27/23

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court