UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing LLC as
servicing agent for Citigroup Mortgage Loan
Trust 2006-AR1, Mortgage-Backed Notes, Series
2006-AR1, U.S. Bank National Association, as
Indenture Trustee*

Chapter 13

Case No. 18-25736-MBK

In re:

Michael Goula

                        Debtor.

Hearing Date: February 22, 2023

Judge Michael B. Kaplan

## <u>CERTIFICATION OF CONSENT REGARDING CONSENT ORDER</u>

I certify that with respect to the Consent Order Vacating Automatic Stay ("Consent Order")

submitted to the Court by Specialized Loan Servicing LLC as servicing agent for Citigroup

Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1, U.S. Bank National

Association, as Indenture Trustee ("Creditor") and the Debtor, the following conditions have been

met:

(a)  The terms of the Consent Order are identical to those set forth in the original consent

order;

(b)  The signatures represented by the /s/_____ on the Consent Order reference

the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of 7 years from the date of closing

of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

<div style="margin-left:40%">

Stewart Legal Group, P.L.
Attorney for Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1, U.S. Bank National Association, as Indenture Trustee

</div>

Dated: February 20, 2023          By: */s/Gavin N. Stewart*
                                       Gavin N. Stewart, Esq.