| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1, U.S. Bank National Association, as Indenture Trustee* | Order Filed on February 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Michael Goula<br><br>                      Debtor. | Chapter 13<br><br>Case No. 18-25736-MBK<br><br>Hearing Date: February 22, 2023<br><br>Judge Michael B. Kaplan |

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:            Michael Goula
Case No.:          18-25736-MBK
Caption of Order:  **CONSENT ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Creditor's Certification of Defaultt ("COD") filed by Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1, U.S. Bank National Association, as Indenture Trustee ("Creditor"), whereas the post-petition arrearage was $42,841.86 as of January 4, 2023, whereas the Creditor and Debtor entered into a loan modification effective October 1, 2019 that cured the pre-petition arrearage due at that time, whereas the Parties acknowledge that the foreclosure process characteristically takes longer than 90 days from the date relief from the stay is granted to be concluded, and whereas the Debtor and Creditor seek to resolve the Motion, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay provided under 11 U.S.C. §1301 as to Creditor's interest in the following property: **5 Willow Court, Stafford Twp, New Jersey 08050 (**"Property") are terminated.

2. Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Kenneth Borger* | */s/Gavin N. Stewart* |
| Kenneth Borger, Esq. | Gavin N. Stewart, Esq. |
| Brenner Spiller & Archer | Stewart Legal Group, P.L. |
| 175 Richey Ave | 401 East Jackson Street, Suite 2340 |
| Collingswood, NJ 08107 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25736-MBK |
| Michael Goula | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

**Recip ID    Recipient Name and Address**
db    + Michael Goula, 5 Willow Court, Manahawkin, NJ 08050-7801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Andrew Thomas Archer
                    on behalf of Debtor Michael Goula aarcher@spillerarcherlaw.com
                    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
                    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-AR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                    on behalf of Creditor U.S. Bank National Association  as Indenture Trustee for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart
                    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Krystin Miranda Kane
    on behalf of Creditor U.S. Bank National Association as Indenture Trustee for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1 kralex@logs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7